*State of New Jersey*

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

June 16, 2020

**Via ECF and U.S. Mail**
Hon. Karen M. Williams, U.S.M.J.
United States District Court
4th & Cooper Streets
Camden, NJ 08101

      Re:  *Atilis Gym Bellmawr, LLC v. Philip D. Murphy, et al.*
           Civil Action No. 20-6347-RBK-KMW

Dear Judge Williams:

    Please accept this letter in lieu of a more formal submission. Defendants do not object to or oppose plaintiff's pending pro hac vice motion (Dkt. 6).

                Respectfully submitted,

                GURBIR S. GREWAL
                ATTORNEY GENERAL OF NEW JERSEY

            By:   /s/ Daniel M. Vannella_____
                  Daniel M. Vannella (015922007)
                  Assistant Attorney General

cc: Hon. Robert B. Kugler, U.S.D.J.
    James Mermigis, Esq. (via e-mail)
    Christopher Arzberger, Esq. (via ECF and e-mail)

