# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| ATILIS GYM BELLMAWR, LLC, | : |
| Plaintiff, | : Civil No. 20-6347 (RBK/KMW) |
| v. | : **ORDER** |
| PHILIP D. MURPHY, *et al.*, | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff's Motion (Doc. 8) for preliminary injunctive relief. For the reasons expressed on the record during the June 19, 2020 hearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. 8) is DENIED.

Dated: 6/19/2020                                /s/ Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge