# THE MERMIGIS LAW GROUP, P.C.
## 85 Cold Spring Road
## Syosset, New York 11791
## 516-353-0075
## MermigisLaw@GMail.com

James G. Mermigis, Esq.                                   Judge Anthony Fiorella
Kevin Barry, Esq.                                         Chris Arzberger, Esq.
                                                          *Of Counsel*

June 23, 2020

**Via ECF and U.S. Mail**
Hon. Robert B. Kugler, U.S.D.J.
United States District Court
4th and Cooper Streets
Camden, N.J.  08101

          RE:   *Atilis Gym Bellmawr, LLC. v. Philip D. Murphy, et al.*
                Civil Action No. 20-6347-RBK-KMW

Dear Judge Kugler:

      This office represents the interest of Plaintiff in relation to the above referenced matter. With consent from the Office of the Attorney General, we have respectfully decided to withdraw Plaintiff's civil action *without prejudice*. We will pursue our interests in state court for the time being.

      Thank you for this Honorable Court's consideration in this matter.

                              Respectfully yours,

                              /s/ James G. Mermigis, Esq.

                              James G. Mermigis, Esq.

cc: The Office of the Attorney General